**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                 PLAINTIFF

v.                              NO. 4:07CR00138-01 JLH

SHIRLEY NIMMO                                                     DEFENDANT

**ORDER**

       The Court conducted a sentencing hearing on this date for defendant Shirley Nimmo. Following the imposition of sentence, the Court directed defendant be released from custody of the United States Marshal, and be allowed to self-report to the designated Bureau of Prisons facility by 2:00 p.m. on Monday, August 4, 2008. The conditions of bond set by the magistrate on May 15, 2007, are hereby reimposed.

       IT IS SO ORDERED this 26th day of June, 2008.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE